IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01669-REB-MJW

ESTATES OF ELIAS SANTISTEVAN, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Protective Order and Stipulation (docket no. **33)** is GRANTED finding good cause shown. The written Protective Order is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: February 06, 2009