IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01669-REB-MJW

ESTATE OF ELIAS SANTISTEVAN, by Chanell Santistevan as personal representative,
ESTATE OF DEION SANTISTEVAN, by Chanell Santistevan as personal representative,
and
CHANELL SANTISTEVAN, individually as widow of Elias Santistevan, parent of Deion
Santistevan, and in her capacity as parent and guardian of YARIAH SANTISTEVAN and
RUDOLPH F. SANTISTEVAN, minor children of Elias Santistevan,

    Plaintiffs,
v.

THE CITY AND COUNTY OF DENVER, COLORADO, et al.,

    Defendants.

## ORDER DISMISSING PLAINTIFFS, ELIAS SANTISTEVAN, YARIAH SANTISTEVAN, AND RUDOLPH F. SANTISTEVAN

**Blackburn, J.**

The matter before me is the **Motion To Dismiss Plaintiffs** [#37] filed March 12, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that plaintiffs, Elias Santistevan, Yariah Santistevan and Rudolph F. Santistevan, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss Plaintiffs** [#37] filed March 12, 2009, is **GRANTED**;

2. That plaintiffs, Elias Santistevan, Yariah Santistevan and Rudolph F. Santistevan, and their concomitant claims are **DISMISSED WITH PREJUDICE**; and

3. That plaintiffs, Elias Santistevan, Yariah Santistevan and Rudolph F. Santistevan, are **DROPPED** as parties to this action, and the case caption is amended accordingly.

Dated March 12, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge